UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICKY RENE SANDERS,

    Petitioner,

v.

FRED FOLK,

    Respondent.

Case No. 18-cv-01558-SI

**ORDER EXTENDING DEADLINE**

Re: Dkt. No. 12

Petitioner's request for an extension of the deadline to file his amended petition for writ of habeas corpus is GRANTED. Docket No. 12. Petitioner must file his amended petition no later than **September 7, 2018**. Failure to file the amended petition by that date will result in the dismissal of all deficient claims. Petitioner is reminded that he must pay the $5.00 filing fee by **August 10, 2018**, or the action may be dismissed.

In his request for an extension of the deadline, petitioner mentioned the limited access to a typewriter and law library. As to the typewriter, petitioner is now informed that the court accepts handwritten filings, as long as they are legible, as well as typed documents from *pro se* litigants. As to the limited law library access, the court notes that petitioner may need to do some legal research but the vast majority of the deficiencies identified in the petition for writ of habeas corpus were inadequate descriptions of the facts in support of various claims. A petitioner does not need to be in the law library to write a statement of facts.

    **IT IS SO ORDERED**.

Dated: July 27, 2018

_____
SUSAN ILLSTON
United States District Judge