UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY RENE SANDERS,<br><br>Petitioner,<br><br>v.<br><br>FRED FOLK,<br><br>Respondent. | Case No. 18-cv-01558-SI<br><br>**ORDER DISMISSING REQUEST FOR STAY AS MOOT**<br><br>Re: Dkt. No. 14 |

Petitioner filed a motion for a stay and abeyance of this action so that he could exhaust state court remedies for some of his claims. Docket No. 14. He recently filed a letter stating that he has now received a decision from the California Supreme Court on his petition for writ of habeas corpus and therefore believes his "claims have been fully exhausted and now are ready for this court's consideration." Docket No. 18. A stay is no longer necessary because petitioner has completed his efforts to exhaust state court remedies. Accordingly, the motion for a stay and abeyance is DISMISSED as moot. Docket No. 14. The court will issue shortly an order reviewing the amended petition.

**IT IS SO ORDERED**.

Dated: February 8, 2019

_____
SUSAN ILLSTON
United States District Judge