UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY RENE SANDERS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FRED FOLK,<br><br>　　　　Respondent. | Case No. 18-cv-01558-SI<br><br>**ORDER EXTENDING DEADLINES**<br><br>Re: Dkt. No. 33 |

Respondent has filed a request for an extension of the deadline to file his answer or other response to the order to show cause. Upon due consideration of the request and the declaration of attorney Marsha Dabiza in support thereof, the request is GRANTED. Docket No. 33. Respondent's answer or other response must be filed and served no later than **December 27, 2019**. Petitioner's traverse must be filed and served on respondent's counsel no later than **January 24, 2020.**

**IT IS SO ORDERED**.

Dated: October 28, 2019

SUSAN ILLSTON
United States District Judge