UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY RENE SANDERS,<br>    Petitioner,<br>  v.<br>FRED FOLK,<br>    Respondent. | Case No. 18-cv-01558-SI<br><br>**ORDER FURTHER EXTENDING DEADLINES**<br>Re: Dkt. No. 36 |

Respondent has filed a third request for an extension of the deadline to file his answer or other response to the order to show cause. Upon due consideration of the request and the declaration of attorney Masha Dabiza in support thereof, the request is GRANTED. Docket No. 36. Respondent's answer or other response must be filed and served no later than **January 24, 2020**. *No further extensions of this deadline should be expected, as respondent will have had eight months to prepare a responsive pleading by the time the deadline arrives.* Petitioner's traverse must be filed and served on respondent's counsel no later than **February 21, 2020.**

**IT IS SO ORDERED**.

Dated: January 6, 2020

_____
SUSAN ILLSTON
United States District Judge